HERMANN F. M. MUTZENBECHER and Others, Appellants, v. SUMNER BALLARD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Glennon and Untermyer, JJ.

LOUIS T. STANLEY, Appellant, v. HARRY W. HOWE and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK M. BEST, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by reducing sentence to thirty days; Glennon, J., dissents and votes to reverse and dismiss the information.

In the Matter of the Application of THOMAS W. MULLARKEY, Appellant, against JOHN F. O'RYAN, as Police Commissioner of the City of New York, and as Treasurer and Trustee of the Police Pension Fund of the City of New York, Respondent.†— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to modify by granting an alternative order of mandamus.

MARIE THERESE DIXON, Respondent, v. HARRIMAN NATIONAL BANK AND TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of THE MERCANTILE BANK AND TRUST COMPANY, in Liquidation. EDITH L. KEOSKIE, Appellant; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. FEROLD D. LOVEJOY and VIRGINIA W. LOVEJOY, Appellants. (Action No. 1.) THE TRAVELERS INSURANCE COMPANY, Respondent, v. FEROLD D. LOVEJOY and HARRIET LOVEJOY, Appellants. (Action No. 2.) — Orders affirmed, with twenty dollars costs and disbursements, without prejudice to renewal of the motions on proper papers. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARILYN WAYDE, Respondent, v. SMALL STRAUSBERG CIRCUIT, INC., Defendant. THOMAS J. F. KIRK, Attorney, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.